Entered on Docket
April 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 27, 2010

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Delfin Favorito

Debtors(s)

Chapter 13 Case Number:
10-41403-RN 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL**

Upon Consideration of the declaration dated April 26, 2010 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this court attesting that no response has been received from the debtor(s) and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

| | | |
|---|---|---|
| 1 | | COURT SERVICE LIST |
| 2 | | |
| 3 | Delfin Favorito<br>Po Box 292<br>Pittsburg, CA 94565 | Pro Per<br><br>(Counsel for Debtor) |
| 4 | | |
| 5 | (Debtor(s)) | |

Delfin Favorito  
Po Box 292  
Pittsburg, CA 94565  
(Debtor(s))

Pro Per

(Counsel for Debtor)

| | |
|---|---|
| Ahmsi<br>#0031412588<br>Po Box 619063<br>Dallas, TX  75261<br>(Creditor) | Gmac Mortgage, Llc<br>1100 Virginia Drive<br>Ft. Washington Pa.,  19034<br>(Creditor) |
| Americas Servicing Company<br>Pite Duncan, Llp<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA  921170933<br>(Creditor) | Hsbc Bank Usa, National Association, As Trustee Fo<br>4375 Jutland Drive, Suite 200;<br>P.O. Box 17933<br>San Diego, CA  921770933<br>(Creditor) |
| Bank Of America<br>Po Box 650070<br>Dallas, TX  75265<br>(Creditor) | Sls<br>#10024246<br>8742 Lucent Blvd<br>Highlands Ranch, CO  60025<br>(Creditor) |
| Citi Bank<br>#32972939<br>Po Box 790110 Ms<br>Saint Louis, MO  63179<br>(Creditor) | Us Bank Na As Indenture Trustee<br>C/O Gmac Mortgage, Llc<br>1100 Virginia Drive<br>Ft. Washington, PA  19034<br>(Creditor) |
| Countrywide<br>#11757985<br>Po Box 650070<br>Dallas, TX  75265<br>(Creditor) | |
| Emc<br>#0014581524<br>Po Box 293150<br>Lewisville, TX  75029<br>(Creditor) | |
| Ge Money Bank<br>C/O Recovery Management Systems Corp.<br>25 Se 2Nd Avenue, Suite 1120<br>Miami, FL  331311605<br>(Creditor) | |